UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| WOODHOLLOW LOFT, INC., | ) |
| | ) |
|     Appellant/Defendant, | ) |
| | ) |
|   v. | )   CIVIL NO. 2:10cv83 |
| | ) |
| SISTERS OF ST. FRANCIS HEALTH | ) |
| SERVICES, INC. d/b/a ST. MARGARET | ) |
| MERCY HEALTHCARE CENTERS, | ) |
| | ) |
|     Appellee/Plaintiff. | ) |

## OPINION AND ORDER

On May 24, 2010, Appellant and Cross-Appellee Woodhollow Loft, Inc. filed a request that this court enter an order staying the enforcement of the Bankruptcy Court's November 16, 2009 decision in Adversary Proceeding No. 07-02123, pending the appeal to this court.

On May 25, 2010, this court entered an order resolving the appeal and affirming the decision of the Bankruptcy Court. Accordingly, the motion to stay is hereby DEEMED MOOT.

SO ORDERED.

Entered: May 25, 2010.

                                                        s/ William C. Lee
                                                        William C. Lee, Judge
                                                        United States District Court